UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                            )    Chapter 13
                                                  )
JEFFREY SCOTT MALLINGER                           )    Case No. 07-30146-KRH
MARY CRISTEAN MALLINGER,                          )
                                                  )
                                    Debtors)

## VERIFIED STATEMENT OF COUNSEL PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Suzanne E. Wade, hereby state and represent as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Virginia and this Court.

2. I am the managing member of the firm of Wade and Wade, P.L.C. ("Wade and Wade"), which maintains an office for the practice of law at 2104 West Laburnum Avenue, Suite 201A, Richmond, Virginia 23227, and I am authorized to make this affidavit on its behalf.

3. The above-captioned debtor(s) (the "Debtor(s)") seek(s) authority to employ and compensate Wade and Wade as its counsel in this case pursuant to an Application to Employ Wade and Wade as Special Counsel.

4. To the best of my information and belief, Wade and Wade has no connection with the debtor(s), the debtor'(s) creditors or any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office

Suzanne E. Wade (VSB #31868)
WADE AND WADE, P.L.C.
P. O. Box 11687
Richmond, VA 23230
Phone: (804) 864-8617

EXHIBIT A

of the United States Trustee. Wade and Wade has or may have previously represented, and may from time to time represent, one or more of the Debtor'(s) creditors with respect to matters unrelated to this case.

5. To the best of my information and belief, Wade and Wade does not hold or represent an interest adverse to the Debtor'(s) estate and is a "disinterested person" as that term is defined by the Bankruptcy Code.

6. No agreement or understanding exists between Wade and Wade and any other person or entity for the sharing of fees or compensation to be received by Wade and Wade for its services rendered herein, and no such division of compensation shall be made. Wade and Wade is currently renting space from the Boleman Law Firm at the rate of $500.00 per cubicle per month.

WADE AND WADE, P.L.C.

By: _____
Suzanne E. Wade

Suzanne E. Wade (VSB #31868)
WADE AND WADE, P.L.C.
P. O. Box 11687
Richmond, VA 23230
Phone: (804) 864-8617

STATE OF VIRGINIA

CITY OF RICHMOND, to-wit:

On the 21st day of August, 2007 appeared before me Suzanne E. Wade, who, being first duly sworn, did acknowledge her signature to the foregoing document.

My commission expires 11/30/08.

_____ 249924
Notary Public

Myrt Overby