UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| JEFFREY SCOTT MALLINGER | ) | Case No. 07-30146-KRH |
| MARY CRISTEAN MALLINGER, | ) | |
| Debtors | ) | |

## ORDER AUTHORIZING EMPLOYMENT
## OF SPECIAL COUNSEL FOR THE DEBTOR(S)

This matter comes before the Court upon the Application to Employ Wade and Wade, P.L.C. as Special Counsel for the Debtor(s) (the "Application") filed by Wade and Wade, P.L.C. ("Wade and Wade") in the above-captioned case, requesting entry of an order authorizing the employment of the firm of Wade and Wade as its special counsel in this matter. Upon consideration of the Application and because the Court finds that the Application is reasonable and proper, that proper notice of the Application was given, that the Office of the United States Trustee has endorsed this order, that the employment of Wade and Wade is in the best interest of the Debtor(s)' estate, that it is just and proper to do so, and for good cause shown, it is hereby:

ORDERED that the Debtor(s), be and hereby is/are authorized to employ Wade and Wade effective August 10, 2007, as special counsel for the Debtor(s) to represent them in their motion to sell because of that firm's expertise in real estate related matters, which

Suzanne E. Wade (VSB #3l868)
WADE AND WADE, P.L.C.
P. O. Box 11687
Richmond, VA 23230
Phone: (804) 864-8617
Proposed Special Counsel for the Debtor(s)

EXHIBIT B

will enable the firm to perform services of benefit to the Debtor(s), and provide legal services in connection with the above-captioned case. Specifically, the Debtor(s) is/are employing Wade and Wade 1) to file all necessary paperwork related to debtor(s)' sale and 2) to provide assistance as necessary in completing the sale; and

The services for which the firm is to be engaged will be for the best interests of the Debtor(s), their estate, and the Debtor(s)' creditors. Wade and Wade shall be compensated at its regular hourly rates and that the firm be reimbursed for its expenses incurred. As of the date hereof, the services of Ms. Wade are billed by the firm at the rate of $250.00 per hour; and

It is further ORDERED that compensation for services rendered and reimbursement of expenses incurred by Wade and Wade shall be paid by the closing agent in an amount not to exceed $700.00 without further order of this Court. Should the sale fail, Wade and Wade may file a proof of claim for their fees and costs which the Chapter 13 Trustee shall pay as an administrative priority claim pursuant to this order and any order granting the debtor(s)' motion for authority to sell entered in this matter. Requested fees and/or costs related to this transaction that exceed $700.00 will be taken only after proper application and court approval pursuant to 11 U.S.C. §§ 330 and 331 and Local Bankruptcy Rule 2016-1. The firm shall not share or agree to share its compensation for services performed on the debtor(s)' behalf with any other person or entity.

ORDERED that the Clerk shall mail copies of this Order, once entered, to all parties on the attached service list.

ENTER:    /    /

_____
United States Bankruptcy Judge

I ask for this:

/s/ Suzanne E. Wade
Suzanne E. Wade (VSB #31868)
WADE AND WADE, P.L.C.
P. O. Box 11687
Richmond, VA 23230
(804) 864-8617

Seen and not objected to:

_____
Office of the U. S. Trustee
600 East Main Street, Suite 301
Richmond, VA 23219

## **CERTIFICATE**

  The undersigned certifies that the foregoing Order has been served on all necessary parties.

          /s/ Suzanne E. Wade
           Suzanne E. Wade

## **SERVICE LIST**

UST smg Richmond  Office of the U. S. Trustee
600 East Main Street, Suite 301 Richmond, VA 23219

Wells Fargo
P O Box 829009 Dallas, Tx 75382

Alpha Appraisers
Hughesville, MD 20637-0000

Atlantic Shore Mortgage
9620 Deereco Road Lutherville Timonium, MD 21093-0000

BB&T
PO Box 1847 Wilson, NC 27894

BB&T Bankruptcy Section
PO Box 1847 Wilson, NC 27894

County of Henrico  Delinquent Tax Dept
P.O. Box 27032 Richmond, VA 23273-0000

Focused Recovery Solutions
9701 Metropolitan Ct, Suite B Richmond, VA 23236-3662

Gilliam & Evans  West End Orthopedic Clinic
7821 Ironbridge Road Richmond, VA 23237-2240

Gilliam & Evans, PLC
7821 Ironbridge Road Richmond, VA 23237-0000

HHC Poplar Spring Hospital
350 Poplar Street Petersburg, VA 23803-0000

Henrico Doctor's Hosp.  Attn: Bankruptcy Dept
1602 Skipwith Road Richmond, VA 23229-0000

Henrico Doctors Hospital
1804 Washington Blvd Baltimore, MD 21230

Henrico Family Physicians  Attn: Bankruptcy Dept.
2305 N. Parham Road Richmond, VA 23229-0000

Nissan Motor Acceptance Corporation
P.O. Box 660366 Dallas, TX 75266

Office of the US Trustee
 600 East Main Street Suite 301 Richmond, VA 23219-0000

Patterson Family Practice
10431 Patterson Ave. Attn: Bankruptcy Richmond, VA 23223-0000

Solodar & Solodar
1504 Allecingie Parkway Richmond, VA 23235-0000

VEC  Re: Bankrutpcy
703 E Main St Richmond, VA 23219-0000

Wells Fargo  Attn: Bankruptcy Dept.
P.O. Box 5445 Portland, OR 97228-5445

Wells Fargo
 One Home Campus BK PMT PROC  MAC #X2302-04C Des Moines, Iowa 50328

Wells Fargo
P.O. Box 829009 Dallas, Texas 75382

West End Orthopaedic  Re: Bankruptcy
P. O. Box 35725 Richmond, VA 23235-0725

Jeffrey Scott Mallinger
1121 Maryland Ave. Glen Allen, VA 23060

Mary Cristean Mallinger
1121 Maryland Ave. Glen Allen, VA 23060

Robert E. Hyman
P.O. Box 1780 Richmond, VA 23218-1780

**Tyler B. Jones** Brice, Vander Linden & Wernick
9441 LBJ Freeway, Suite 250 Dallas, TX 75243

**Eric David White** Samuel I. White, P.C.
1804 Staples Mill Road, Suite 200 Richmond, VA 23230

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.